GEORGE L. TULLOCK, Respondent, *v.* THE DELAWARE, LACKAWANNA AND WESTERN RAILROAD COMPANY, Appellant.

*Tullock* v. *Delaware, L. & W. R. R. Co.,* 147 App. Div. 52? affirmed.

(Argued April 10, 1912; decided April 30, 1912.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered December 12, 1911, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant, his employer.

*Louis Marshall, W. S. Jenney* and *F. W. Thomson* for appellant.

*Joseph A. Shay, John F. McIntyre* and *L. F. Fish* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, WERNER, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.